UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

    vs.                                              CASE NO.8:05-CR-215-T-24MSS

CHRISTOPHER CARLTON
    Defendant

**ORDER**

This matter is before the Court on the Defendant's Motion for Reconsideration. (Doc. 107). Defendant files his motion pursuant to Federal Rule of Criminal Procedure 35. Defendant was sentenced on March 28, 2006 to a term in the Bureau of Prisons of 295 months. On April 7, 2006, Defendant filed a motion asking the Court to reconsider the sentence. On April 20, 2006, Defendant filed a memorandum in support of the motion.

Having considered the motion and memorandum, the Court finds that it should be DENIED. Rule 35(a), Fed.R.Crim.P. permits a Court to correct a sentence within 7 days of sentencing, if the Court finds that there has been an arithmetical, technical or other clear error. There was no clear error in Defendant's sentence. Defendant pled pursuant to a plea agreement in which Defendant stipulated that he should be held accountable for at least five kilograms of methamphetamine for sentencing purposes. The Court held the Defendant accountable for at least five kilograms of methamphetamine at sentencing. There was no error, clear or otherwise..

Done and ordered in Tampa, Florida this 26th day of April, 2006.

SUSAN C. BUCKLEW
United States District Judge

Copies: Counsel of Record